FILED US District Court-UT
APR 27 '22 PM 12:38

ANDREA T. MARTINEZ, United States Attorney (#9313)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | Count I: 18 U.S.C. § 751(a), Escape. |
| MICHAEL CHASE MONTGOMERY, | |
| Defendant. | Case: 2:22-cr-00151<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 4/27/2022 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 751(a)
(Escape)

On or about April 1, 2022, in the District of Utah,

MICHAEL CHASE MONTGOMERY,

defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, which custody was by virtue of a conviction in the United States District Court for the District of Utah for the offense of Felon in Possession of a Firearm

and ammunition, a violation of 18 U.S.C. § 922(g)(1); all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney